

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00343-CV

| | | |
|---|---|---|
| DEVON ENERGY CORPORATION; DEVON ENERGY PRODUCTION COMPANY, L.P.; AND DEVON GAS SERVICES, L.P., Appellants | § § | On Appeal from the 271st District Court of Wise County (CV18-05-382) |
| V. | § | January 9, 2020 |
| IONA ENERGY, L.P., Appellee | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order denying the motion to transfer venue filed by appellants Devon Energy Corporation; Devon Energy Production Company, L.P.; and Devon Gas Services, L.P. The trial court's denial order is reversed and the case is remanded to that court with instructions to sustain the motion and to transfer venue as to appellee Iona Energy, L.P.'s claims to Tarrant County.

It is further ordered that appellee Iona Energy, L.P. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel                        
    Justice Lee Gabriel